UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,

        Plaintiff,

against

251 GINZA SUSHI HUANG INC. d/b/a 251 GINZA SUSHI, et al,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 9167 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to file a Pre-Conference Statement no later than Monday, December 9, 2019 for the Initial Conference scheduled for Monday, December 16, 2019. (ECF No. 18). The parties are **ORDERED** to file the Pre-Conference Statement by **close of business tomorrow, December 12, 2019**, including a letter explaining their failure to comply with the Court's order.

Dated:     New York, New York
            December 11, 2019

                                  SO ORDERED

                                  _____
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**