UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,

                Plaintiff,

against

251 GINZA SUSHI HUANG INC. d/b/a 251 GINZA SUSHI, et al,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9167 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted an initial conference today, December 16, 2019.

A settlement conference is scheduled for **Monday, March 2, 2020 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah L. Cave, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by **Monday, February 24, 2020**.

Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Dated: New York, New York
December 16, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**