

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

> Plaintiff's Letter-Motion to adjourn the settlement conference (ECF No. 43) is GRANTED. The settlement conference is adjourned to **Tuesday, March 3, 2020 at 2:00 pm**. The parties' written submissions for the conference are due by **Wednesday, February 26, 2020**. The Clerk of Court is respectfully directed to close ECF No. 43.
>
> SO ORDERED  12/20/19
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

U.S. Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

**Re:** *Deleston v. 251 Ginza Sushi Huang Inc., et al.*, **Case No.: 1:19-cv-9167-ALC**

Dear U.S. Magistrate Judge Cave:

     This office represents the Plaintiff Jermaine Deleston ("Mr. Deleston") in connection with the above-referenced action. A settlement conference is scheduled for March 2, 2020 at 10:00 a.m. (D.E. 38). Mr. Deleston is unable to attend, in person, the conference at 10:00 am due to transportation issues, but can appear in the afternoon. We have discussed this with opposing counsel who consent to rescheduling the settlement conference to the afternoon of March 3, 2020 (or another afternoon at the Court's convenience) so that the Plaintiff can appear in person. Plaintiff is therefore respectfully requesting that Your Honor reschedule the settlement conference to the afternoon of March 3, 2020, or to another afternoon date of convenience. In addition, it is respectfully requested that all other filing dates in conjunction with the settlement conference also be adjourned to coincide with the new conference date.

     We thank this Honorable Court for its time and consideration in this matter.

                             Respectfully submitted,

                             BASHIAN & PAPANTONIOU, P.C.

                             */s/ Erik M. Bashian*

                             _____
                             Erik M. Bashian, Esq.

cc:    Clifford Mulqueen, Esq. *(via CM/ECF)*
        David W. Graber, Esq. *(via CM/ECF)*