USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE DELESTON,<br><br>       Plaintiff,<br><br>-against-<br><br>251 GINZA SUSHI HUANG INC., ET AL.,<br><br>       Defendants. | 1:19-cv-09167 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter dated February 24, 2020, requesting an adjournment. Defendants' request is hereby **GRANTED**. The pre-motion conference currently scheduled for **Friday, February 28, 2020 at 11:30 a.m.** is **ADJOURNED** until **Wednesday, March 11, 2020 at 10:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Dated: February 25, 2020
    New York, New York

                  _____
                  ANDREW L. CARTER, JR.
                  United States District Judge