# Hines & Associates

450 7th Ave. Suite 305
New York, NY 10123
r.hineslaw@gmail.com
212-268-8668

February 24, 2020

Magistrate Judge Sarah L. Cave
500 Pearl Street, Room 702
New York, New York 10007

Re:  Deleston v. 251 Ginza Sushi Huang, Inc., d/b/a 251 Ginza Sushi, *et al*
     Civil Action No. 1:19-cv-9167

Dear Judge Cave:

I am writing on behalf of all parties to request an adjournment of the Settlement Conference in the above-referenced matter currently scheduled for March 3, 2020 at 2 p.m. The reasons are two-fold: First, the parties were scheduled to appear for a pre-motion conference before the Honorable Andrew L. Carter on February 28, 2020 regarding a Motion to Dismiss; however, Mr. Graber will be out of town that day and is seeking an adjournment of at least two weeks (document 51). Obviously, the Court's schedule will determine the actual adjourn date, which may be later. Second, the parties last met and conferred on February 24, 2020 and believe we are making progress in resolving the matter on our own. Being able to limit the number of attorney hours expended on the matter will make it easier to settle. We respectfully request that the Court adjourn the Settlement Conference to a date after the Pre-Motion Conference before Judge Carter.

This is the second request for an adjournment of the Settlement Conference. Plaintiff previously requested, soon after the conference was originally scheduled, that the conference be scheduled for an afternoon to enable the plaintiff to appear. The Court rescheduled the conference from the morning of March 2, 2020 to the afternoon of March 3, 2020.

# Hines & Associates

450 7th Ave. Suite 305
New York, NY 10123
r.hineslaw@gmail.com
212-268-8668

Respectfully submitted,

Hines & Associates
Attorneys for Defendants 251 Ginza Sushi & 251 Ginza Sushi Huang, Inc.

By: _____
Clifford Mulqueen
450 Seventh Avenue: Suite 305
New York, New York 10123
(212) 268-8668
clifford.mulqueen@gmail.com

To: Eric Bashian, Esq. (via CM/ECF)
     David W. Graber, Esq. (via CM/ECF)

---

The parties' Letter-Motion to adjourn the Settlement Conference scheduled for March 3, 2020 (ECF No. 52) is GRANTED. The Settlement Conference is rescheduled to **Wednesday, April 15, 2020 at 2:00 pm**, with submissions due **Thursday, April 9, 2020**. The Clerk of Court is respectfully directed to close ECF No. 52.

SO-ORDERED 2/25/20

_____
SARAH L. CAVE
United States Magistrate Judge