USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE DELESTON,

         Plaintiff,

-against-

251 GINZA SUSHI HUANG INC., ET AL.,

         Defendants.

1:19-cv-09167 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   March 10, 2020
           New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge