**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/9/2020

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

April 8, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

    Re:    <u>***Deleston v. 251 Ginza Sushi Huang Inc., et al.*, Case No.: 1:19-cv-9167-ALC**</u>

Dear District Judge Carter:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled and a settlement agreement has been executed by the Plaintiff and defendants 251 Ginza Sushi Huang Inc. and 251 Ginza Sushi Inc. Currently, Plaintiff is just waiting to receive the signed agreement from defendants JRD Realty Corp. and 636 Assets Inc., whose counsel has indicated that the reason for delay is that the COVID-19 pandemic has caused their offices to be closed without the ability to execute the agreement. Respectfully, we are requesting together with counsel for the defendants an extension of time for thirty (30) days to either discontinue or file an application to restore this action. The reason for this application is to ensure that all parties and their counsel can receive a fully executed settlement agreement.

    We thank the Court for your time and consideration in this matter.

    Respectfully submitted,

    BASHIAN & PAPANTONIOU, P.C.

    */s/ Erik M. Bashian*
    _____
    Erik M. Bashian, Esq.

cc:    Clifford Mulqueen, Esq. *(via CM/ECF)*
        David W. Graber, *(via CM/ECF)*

Dated: April 9, 2020

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE