MEMO ENDORSED    Case 1:19-cv-09167-ALC-SLC   Document 60   Filed 05/09/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/9/2020____

# BASHIAN PAPANTONIOU P.C.

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 8, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    *Deleston v. 251 Ginza Sushi Huang Inc., et al.*, **Case No.: 1:19-cv-9167-ALC**

Dear District Judge Carter:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Plaintiff is waiting to receive the signed agreement from defendants JRD Realty Corp. and 636 Assets Inc., which is still delayed due to office closures as a result of the COVID-19 pandemic. Respectfully, we are requesting together with counsel for the defendants an extension of time for thirty (30) days to either discontinue or file an application to restore this action.

    We thank the Court for your time and consideration in this matter.

                                 Respectfully submitted,

                                 BASHIAN & PAPANTONIOU, P.C.

                               */s/ Erik M. Bashian*
                               _____
                               Erik M. Bashian, Esq.

cc:    Clifford Mulqueen, Esq. *(via CM/ECF)*
        David W. Graber, *(via CM/ECF)*

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 9, 2020