

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/9/2020__

June 8, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Deleston v. 251 Ginza Sushi Huang Inc., et al.*, **Case No.: 1:19-cv-9167-ALC**

Dear District Judge Carter:

Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Currently, Plaintiff is still waiting to receive the signed agreement from defendants JRD Realty Corp. and 636 Assets Inc. which has been delayed as a result of the COVID-19 pandemic. However, their counsel, whose office is currently closed, has indicated that their offices should be reopening soon during Phase 3 in NYC. Respectfully, we are requesting together with counsel for the defendants an extension of time for thirty (30) days to either discontinue or file an application to restore this action.

We thank the Court for your time and consideration in this matter.

SO ORDERED:
*/signature/*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: June 9, 2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:   Clifford Mulqueen, Esq. *(via CM/ECF)*
      David W. Graber, *(via CM/ECF)*