

**MEMO ENDORSED**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _7/10/2020_

VIA CM/ECF

July 9, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    <u>*Deleston v. 251 Ginza Sushi Huang Inc., et al.*, **Case No.: 1:19-cv-9167-ALC**</u>

Dear District Judge Carter:

      Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Plaintiff is still waiting to receive the signed agreement from defendants JRD Realty Corp. and 636 Assets Inc. On July 7, 2020, their counsel indicated that their offices have partially reopened during Phase 3 in NYC. We attempted to receive another status on July 9th, but we have not received a response. Respectfully, Plaintiff is requesting an additional extension of time for thirty (30) days to either discontinue or file an application to restore this action, so that all parties and their counsel can receive a fully executed agreement. In the alternative, Plaintiff is requesting that this matter be put back on the calendar so that counsel for defendants JRD Realty Corp. and 636 Assets Inc. can report to the Court on these delays.

      We thank the Court for your time and consideration in this matter.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:    Clifford Mulqueen, Esq. *(via CM/ECF)*
        David W. Graber, *(via CM/ECF)*